UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY ADAIR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DREXEL UNIVERSITY ONLINE, LLC,<br><br>　　　　Defendant. | No. 2:18-cv-0677 AC<br><br><br>ORDER ADOPTING STIPULATION WITH MODIFICATION |

The court has considered the parties' stipulation to alter the case schedule, ECF No. 18. While the court accepts the proposed dates, the parties' new discovery schedule requires that the court amend the discovery deadlines to distinguish between fact discovery and expert discovery deadlines. Thus, IT IS HEREBY ORDERED that the parties' Stipulation Extending Expert Discovery Deadlines Order (ECF No. 18), is APPROVED and INCORPORATED herein. In summary, the deadlines in this case are as follows:

1. General Discovery Schedule (excluding experts):

    Initial disclosures completed:　　　　　　　　　　　　　　September 5, 2018

    Motions to compel heard:　　　　　　　　　　　　　　　　September 19, 2018

    Fact discovery completed:　　　　　　　　　　　　　　　September 19, 2018

2. Expert Disclosure Schedule:

    Disclosure of experts:　　　　　　　　　　　　　　　　　February 11, 2019

| | | |
|---|---|---|
| 1 | Disclosure of rebuttal experts: | February 25, 2019 |
| 2 | Expert discovery completed: | March 29, 2019 |

3. All other dates shall remain in effect.

IT IS SO ORDERED.

DATED: July 25, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE