# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY ADAIR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DREXEL UNIVERSITY,<br><br>Defendant. | Case No. 2:18-cv-00677-AC<br><br>[~~PROPOSED~~] ORDER TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND AMEND THE PRETRIAL SCHEDULING ORDER TO PERMIT LATER FILING IF THE CASE IS NOT DISPOSED OF BY SUMMARY JUDGMENT<br><br>HON. ALLISON CLAIRE |

The Court has considered the parties' Stipulation and Proposed Order to withdraw Plaintiff's motion for class certification and to amend the Pretrial Scheduling Order to permit Plaintiff's refiling of the motion for class certification in the event that the case is not disposed of by summary judgment. The Court finds good cause and IT IS HEREBY ORDERED as follows:

(1) Plaintiff's motion for class certification set for hearing on December 12, 2018 [ECF No. 35] is withdrawn;

(2) The Status (Pretrial) Scheduling Order [ECF No. 16] is amended as follows: If the case is not disposed of by Defendant's summary judgment, Plaintiff shall within seven (7) days of the Court's Order on Defendant's motion for summary judgment, submit a status report to the Court to propose a mutually agreed upon date to refile and notice for hearing Plaintiff's motion for class certification, with the new hearing date to govern all deadlines for briefing on the motion; and

(3) All other dates in the Pretrial Scheduling Order shall remain in effect at this time.

Dated: November 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE