# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KELSEY ADAIR,**

CASE NO: **2:18−CV−00677−AC**

v.

**DREXEL UNIVERSITY, ET AL.,**

**XX −− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/15/2019**

**Marianne Matherly**
Clerk of Court

ENTERED: **January 15, 2019**

by: /s/ H. Huang
Deputy Clerk